AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>September 10, 2005 |
| NAME OF SERVER *(PRINT)*<br>Monica D. Cruz-Ortiz | TITLE<br>Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   I affirm that the Summons and Complaint were served on Alberto Gonzales, U.S. Attorney General, 950 Pennsylvania Ave., NW, Washington, DC 20530 via certified mail, restrict delivery, return-receipt requested on 9/10/05 (See Certified Mail return-receipt attached hereto).

## STATEMENT OF SERVICE FEES

| TRAVEL<br>N/A | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___9/10/05___
                Date

Signature of Server

8500 16th Street, Silver Spring, MD 20910
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Petra A. Nikolow

**SUMMONS IN A CIVIL CASE**

V.

United States of America

CASE NUMBER  1:05CV01435

JUDGE: Henry H. Kennedy

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 07/21/2005

TO: (Name and address of Defendant)

United States of America
The Honorable Alberto Gonzales
United States Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James W. Pressler, Jr.
927 15th Street, NW
12th Floor
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUL 21 2005

CLERK

DATE

*Lauren Higgins*

(By) DEPUTY CLERK

7005 0390 0004 9140 8372

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.83 | |
| Certified Fee | $2.30 | Postmark |
| Return Receipt Fee (Endorsement Required) | $1.75 | Here |
| Restricted Delivery Fee (Endorsement Required) | $3.50 | |
| Total Postage & Fees | $ $8.38 | 09/08/2005 |

WASHINGTON DC 20530

0238
12

Sent To  Alberto Gonzales, Esq. U.S. Attorney General
Street, Apt. No.; or PO Box No.  Dept. of Justice 950 Pennsylvania Ave NW
City, State, ZIP+4  Washington, DC 20530-0001

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales, Esq.
U.S. Attorney General
Dept. of Justice
950 Pennsylvania Ave, N.W.
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  SEP 1 0 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001          Domestic Return Receipt       102595-02-M-1540

---

Certified Mail No.: ___7005 0390 0004 9140 8372___

Date Mailed by R&P: _9/8/05_  Date Received by R&P: _9/16/05_  Date of Service: _9/10/05_

Attorney: ___ENS___   Client: ___Petra Nikolova___