UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETRA A. NIKOLOW,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-1435 (HHK) |
| **UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____
KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309