UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETRA NIKOLOW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1435 (HHK) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER COMPLAINT

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a four-day enlargement of time within which to answer the complaint, up to and including November 18, 2005.  Plaintiff's counsel was consulted regarding this motion and indicated that he has no objection.

In support of this motion, Defendant states as follows: undersigned counsel has had several conversations with agency contacts in regard to this case but is in need of further information from those contacts in order to properly answer the Plaintiff's complaint.  Agency contacts are in the process of collecting this information, but it is anticipated that full review of this information will not be possible by the current due date for this answer.  However, it is expected that a short four-day extension will provide the appropriate amount of time for such review and preparation of an answer to take place.

WHEREFORE, Defendant respectfully requests that the currently scheduled deadline for its answer be extended up to and including November 18, 2005.

                                Respectfully submitted,

                                _____
                                KENNETH L. WAINSTEIN, DC
                                Bar #451058
                                United States Attorney

                                _____
                                R. CRAIG LAWRENCE, DC
                                Bar #171538
                                Assistant United States Attorney

                                _____
                                KATHLEEN KONOPKA
                                Assistant United States Attorney
                                202/616-5309