UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETRA NIKOLOW, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1435 (HHK) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ANSWER

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Defendant United States of America ("Defendant") hereby respectfully answers Plaintiff's complaint.

### FIRST DEFENSE

Plaintiff seeks damages that are excessive and unreasonable.

### SECOND DEFENSE

Defendant reserves the right to add additional defenses as they become apparent.

### THIRD DEFENSE

Defendant hereby Answers the numbered paragraphs of Plaintiff's Complaint as follows

1.    Defendant admits that Plaintiff has brought this action pursuant to the Federal Tort Claims Act and that the action involves an automobile accident between Plaintiff and a United States Government vehicle; however, Defendant lacks sufficient knowledge to admit or deny Plaintiff's reference to personal injury she sustained as a result.

2.    Admit.

3.      Defendant admits that a Federal Tort Claims Act claim was received by the Federal Bureau of Investigation ("FBI") on or abut October 12, 2004.  Defendant admits to the last sentence of this paragraph only to the extent that, on or about January 26, 2005, the FBI sent a formal offer letter to Plaintiff, through her counsel.

4.      Defendant is without sufficient information to answer whether Plaintiff is a resident of the District of Columbia.

5.      Admit.

6.      Defendant admits that on May 16, 2003, Plaintiff was operating a motor vehicle on Route I-395, in the District of Columbia, when FBI Agent James L. McNelly drove his vehicle into the rear bumper of the Plaintiff's vehicle.  Defendant lacks sufficient knowledge to admit or deny that serious personal injuries were sustained by the Plaintiff or to admit or deny that Plaintiff neither caused nor contributed to this accident.  Moreover, to the extent that this paragraph includes conclusions of law, no answer is warranted.

7.      Admit.

8.      This paragraph contains Plaintiff's conclusions of law to which no answers are required, to the extent an answer may later be deemed required, they are denied.

9.      Defendant denies or is without sufficient information to form a belief as to the truth or accuracy of Plaintiff's allegations regarding her injuries.

10.     Defendant denies or is without sufficient information to form a belief as to the truth or accuracy of the allegations contained in this paragraph.

The Complaint's final unnumbered paragraphs contain Plaintiff's prayer for relief to which no responses are required.  To the extent an answer may later be deemed required, denied.

Respectfully submitted,

_____

KENNETH L. WAINSTEIN
DC Bar #451058
United States Attorney


_____

R. CRAIG LAWRENCE
DC Bar #171538
Assistant United States Attorney


_____

KATHLEEN KONOPKA
Assistant United States Attorney
202/616-5309