IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **PETRA A. NIKOLOW** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 05-1435 (HHK) |
| : | |
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Defendant,** : | |
| : | |

## REPORT OF THE PARTIES' CONFERENCE UNDER LCvR 16.3

On January 4, 2006, counsel for the Plaintiff and Defendant United States conferred and discussed the matters set forth in LCvR 16.3. The numbered paragraphs below correspond to those in LCvR 16.3 and reflect the agreements reached by the parties.

1. The parties do not anticipate the filing of dispositive motions in this case.

2. The parties do not anticipate the joinder of any new parties or amendment of pleadings.

3. The case should be assigned to a magistrate judge for the purpose of mediation only.

4. Yes. The parties are actively engaging in settlement negotiations and request that the Court stay the entry of a scheduling order for 60 days to allow time for the parties to work towards resolving the case.

5. If the parties cannot resolve the matter, the case would benefit from alternate dispute resolution in the form of mediation after completion of discovery.

6. See No. 1.

7. The parties stipulate that the initial disclosures pursuant to Rule 26(a)(1)

will be made within 30 days after the entry of a scheduling order if the case is not settled.

8. The parties anticipate that discovery should take 210 days, including interrogatories; requests for production of documents; requests for admissions; and depositions of the plaintiff, plaintiff's treating physicians, and experts. At this time the parties do not anticipate the need to place limitations on discovery and will seek a protective order if appropriate.

9. The parties do not see a reason for modifying Rule 26 (a)(2).

10. Not applicable

11. Trial and/or discovery should not be bifurcated or managed in phases.

12. The pretrial conference should be scheduled for a date after discovery and mediation.

13. The Court should provide that the trial date be set at the pretrial conference.

14. None.

Respectfully submitted,

_____
James W. Pressler, Jr., #221051
Patrick G. Senftle #412191

RISELLI & PRESSLER, P.C.
Three McPherson Square
927 15th Street, N.W.
Twelfth Floor
Washington, D.C. 20005
(202) 822-8384

ATTORNEYS FOR PLAINTIFF

Kathleen Knonpka
Assistant United States Attorney

555 Fourth St., N.W.
Washington, D.C. 20530
(202) 616-5309

ATTORNEY FOR DEFENDANT