IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **PETRA A. NIKOLOW** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 05-1435 (HHK) |
| **UNITED STATES OF AMERICA** | : |
| **Defendant,** | : |

### SCHEDULING ORDER

Having considered the report of the parties filed with the Court pursuant to LCvR 16.3, it is hereby

ORDERED that the Scheduling Order is hereby stayed; and it is further

ORDERED that the parties shall file a report within 60 days of this Order advising the Court as to the status of settlement.

SO ORDERED

_____
Henry H. Kennedy, Jr.                                                            Date
United States District Judge