UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETRA A. NIKOLOW,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**UNITED STATES OF AMERICA,**<br><br>        **Defendant.** | Civil 05-01435 (HHK) |

ORDER OF REFERRAL
TO UNITED STATES MAGISTRATE JUDGE

    It is this 12th day of January, 2006, hereby

    **ORDERED** that the above-captioned action is referred to Magistrate Judge Deborah A. Robinson for mediation to conclude by no later than April 1, 2006.


                                                          Henry H. Kennedy, Jr.
                                                           United States District Judge