FILED
MAR 7 - 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
for the District of Columbia

the __7__ day of __March__ 2006

__PETRA NIKOLOW__

vs.                              Civil Action No. __05-1435 (HHK)__

__UNITED STATES OF AMERICA__

The Clerk of said Court will __ENTER THIS MATTER AS SETTLED. THE PARTIES WILL FILE A WRITTEN SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL ON OR BEFORE MARCH 17, 2006__

__Kathleen Konopka__                __JAMES W. PRESSLER  221051__
(Name)        (Bar ID)              (Name)              (Bar ID)
__501 3rd St NW__                   __927 15th ST NW 12th FL.__
__WDC (Address) 20530__             __WASH DC (Address) 20005__
__202-616-5309__                    __202 822 8384__
(Phone Number)                      (Phone Number)
__Defendant__                       __PLAINTIFF__
(Attorney for)                      (Attorney for)

PRAECIPE
CO-525 (1/06)