UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETRA NIKOLOW, ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 05-1435 (HHK) |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

## STIPULATION FOR SETTLEMENT AND DISMISSAL

It is hereby stipulated by and between the plaintiff, Petra Nikolow, and the defendant, the United States of America, by and through their respective attorneys, as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. The United States of America agrees to pay to the plaintiff, by and through the Federal Bureau of Investigation ("FBI"), the sum of $30,000, which shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including any claims for wrongful death or under survival statutes, which plaintiff now has or may hereafter acquire against the United States of America, and/or the FBI, their agents, servants, and employees.

3. Plaintiff hereby agrees to accept the sum of $30,000 in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including any claims for wrongful death or under survival statutes, which plaintiff now has or may hereafter acquire against the United States of America, their agents, servants and employees. Plaintiff further agrees to reimburse, indemnify, and hold harmless the United States of America and/or the FBI, their agents, servants, and employees from any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by plaintiff against any third party or against the United States and/or the FBI.

4. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States, and/or the FBI, their agents, servants, or employees, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5. It is also agreed, by and among the parties, that the settlement amount of $30,000 represents the entire amount of the compromise settlement and the terms as set forth in this document represent the full and complete agreement between the parties. The respective parties will each bear their own costs, fees, and expenses and that any attorneys' fees owed by the plaintiff will be paid out of the settlement amount and not in addition thereto.

6. It is also understood by and among the parties that pursuant to Title 28, United States Code, Section 2678, attorneys fees for services rendered in connection with this action shall not exceed 25% of the amount of the compromise settlement.

7. Payment of the settlement amounts will be made by checks drawn on the Treasury of the United States, payable by the FBI, for $30,000 made payable to Petra Nikolow and James W. Pressler. Plaintiff's attorney agrees to distribute the settlement proceeds to the plaintiff

8. In consideration of the payment of $30,000 as set forth above, the above-styled action shall be dismissed with prejudice from the docket of the Court.

9. This agreement may be executed in parts, and the executed parts shall have the same meaning and expression, as if executed as a whole.

Executed this 17th day of March, 2006.

KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

R. CRAIG LAWRENCE
D.C. Bar. No. 171538
Assistant U.S. Attorney

KATHLEEN KONOPKA
D.C. Bar No. 495257
Assistant U.S. Attorney
555 Fourth Street, NW, Room E4412
Washington, DC 20530
(202) 616-5309

Attorneys for Defendant

PETRA A. NIKOLOW, Plaintiff

JAMES W. PRESSLER, ESQ.
D.C. Bar No. 221051
Riselli & Pressler
927 15th Street, NW, 12th Floor
Washington, DC 20005
(202) 822-8384

Attorney for Plaintiff

- 4 -

SO ORDERED: _____
            UNITED STATES DISTRICT JUDGE

DATE: _____